late Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

In the Matter of ROKHAYA CISSE, Appellant, v CHRISTOPHER GRAHAM, Respondent. (Proceeding No. 1.)

In the Matter of CHRISTOPHER GRAHAM, Respondent, v ROKHAYA CISSE, Appellant. (Proceeding No. 2.)

Submitted September 15, 2014; decided November 20, 2014

Motion for leave to appeal granted. Motion for a stay denied as unnecessary (*see* CPLR 5519 [e]). Motion to vacate stay denied.

In the Matter of MORTON A. COHEN, Appellant, v NEW YORK STATE AND LOCAL EMPLOYEES' RETIREMENT SYSTEM, Respondent. (And Another Proceeding.)

Submitted October 6, 2014; decided November 20, 2014

Motion, insofar as it seeks leave to appeal from the May 2014 Appellate Division judgment, denied; motion, insofar as it seeks leave to appeal from the Appellate Division orders denying reargument or leave to appeal, dismissed upon the ground that such orders do not finally determine the proceedings within the meaning of the Constitution.

COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Together and on Behalf of All Others Similarly Situated, et al., Plaintiffs, and COMMERZBANK AG, Together and on Behalf of All Others Similarly Situated, Appellant, v MORGAN STANLEY & CO., INCORPORATED, et al., Respondents, et al., Defendants.

Decided November 20, 2014

*See* 772 F3d 111.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

ERIC M. BERMAN, P.C., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Decided November 20, 2014

*See* 770 F3d 1002.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and ABDUS-SALAAM. Taking no part: Judge RIVERA.

TONY MAFES, Respondent, v CITY OF NEW YORK et al., Defendants, and LINCOLN TUGWELL, Appellant.

Submitted October 14, 2014; decided November 20, 2014

Motion, insofar as it seeks leave to appeal from those portions of the Appellate Division order which (1) dismissed the appeal from so much of Supreme Court's order as denied reargument and (2) affirmed that portion of Supreme Court's order as denied appellant's motion for an extension of time, dismissed upon the ground that those portions of the order do not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of OKSOON K., Respondent, v YOUNG K., Appellant.

Submitted October 20, 2014; decided November 20, 2014